No. 136, Misc. PORESKY *v.* FORD, U. S. DISTRICT
JUDGE. May 5, 1947. The motion for leave to file a
petition for writ of mandamus is denied.

No. 1095. FLEMING, TEMPORARY CONTROLS ADMINIS-
TRATOR, ET AL. *v.* MOBERLY MILK PRODUCTS Co. May 5,
1947. Petition for writ of certiorari to the United States
Court of Appeals for the District of Columbia dismissed
on motion of counsel for the petitioner. *Acting Solicitor
General Washington* and *Carl A. Auerbach* for petitioner.

No. 1051. HEALTH-MOR, INC. *v.* PORTER, PRICE AD-
MINISTRATOR. See *post,* p. 821.